# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DORIS ROSARIO and LUIS ORTIZ,**

    **Plaintiffs,**

**v.**                                                                                 **Case No: 6:21-cv-713-RBD-LRH**

**PETLAND ORLANDO SOUTH, INC. and
ERIC DAVIES,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (Doc. No. 10)** |
| **FILED:** | **June 1, 2021** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendants to respond to the complaint (Doc. No. 1) is extended up to and including June 17, 2021.

**DONE** and **ORDERED** in Orlando, Florida on June 2, 2021.

*/s/ Leslie R. Hoffman*

**LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE**

- 2 -

Copies furnished to:

Counsel of Record